UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| SYLVIA J. LUCIANO PACHECO, | ) | JUDGMENT |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-30007-KPN |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| Defendant | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accord with the court's Memorandum and Order entered on November 15, 2011, judgment is hereby entered for Defendant, Michael J. Astrue.

| | |
|---|---|
| November 15, 2011 | Sarah A. Thornton |
| Date | Clerk |
| | By:  /s/ Bethaney A. Healy |
| | Deputy Clerk |